IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:15-CV-003-RLV-DCK

| | |
|---|---|
| SHARON WATSON, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| PARADISE HOME IMPROVEMENT, LLC, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 3) filed by Ted Lewis Johnson, concerning Stefan Coleman on January 8, 2015. Mr. Stefan Coleman seeks to appear as counsel *pro hac vice* for Plaintiff Sharon Watson, individually and on behalf of all others similarly situated. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 3) is **GRANTED.** Mr. Stefan Coleman is hereby admitted *pro hac vice* to represent Plaintiff Sharon Watson, individually and on behalf of all others similarly situated.

**SO ORDERED**.

Signed: January 12, 2015

David C. Keesler
United States Magistrate Judge