IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:15-CV-003-RLV-DCK

| | |
|---|---|
| SHARON WATSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| PARADISE HOME IMPROVEMENT, LLC, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 10) filed by Luke P. Sbarra, concerning Eric Samore on February 9, 2015. Mr. Eric Samore seeks to appear as counsel *pro hac vice* for Defendant Paradise Home Improvement, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 10) is **GRANTED.** Mr. Eric Samore is hereby admitted *pro hac vice* to represent Defendant Paradise Home Improvement, LLC.

**SO ORDERED**.

Signed: February 9, 2015

David C. Keesler
United States Magistrate Judge