IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 5:15-cv-00003-RLV

| | |
|---|---|
| SHARON WATSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PARADISE HOME IMPROVEMENT, LLC, a Delaware limited liability company,<br><br>Defendants. | **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT** |

NOW COMES Defendant, PARADISE HOME IMPROVEMENT, LLC, in compliance with Fed. R. Civ. P. 7.1 and hereby certifies the following:

1.　Paradise Home Improvement, LLC is not a publicly traded company.

2.　Paradise Home Improvement, LLC does not have any publicly held affiliates nor does any public corporation hold more than 10% of its stock.

This the 30th of April, 2015.

　/s/LUKE P. SBARRA
NC State Bar No. 29429
Hedrick Gardner Kincheloe & Garofalo, Llp
PO Box 30397
Charlotte, NC  28230
PH:    (704) 366-1101
FAX:  (704) 366-6181
lsbarra@hedrickgardner.com
*Attorneys for Defendant*

/s/ERIN A. WALSH
/s/ERIC L. SAMORE
SmithAmundsen LLC
150 N. Michigan Avenue, Suite 3300
Chicago, Illinois 60601
PH:  (312) 894-3200
FAX:  (312) 894-3210
ewalsh@salawus.com

esamore@salawus.com
*Attorneys for Defendant*
*Admitted Pro Hac Vice*

# CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2015, I electronically filed the foregoing Corporate Disclosure Statement with the Clerk of Court using the CM/ECF system which will send notification of such filing to the counsel of record in this matter.

>Ted Lewis Johnson
>Ted Lewis Johnson Attorney at Law
>P.O. Box 5272
>Greensboro, NC  27435
>tedlewisjohnson@tedlewisjohnson.com
>
>Stefan Coleman
>The Law Offices of Stefan Coleman, LLC
>201 South Biscayne Blvd., 28th Floor
>Miami, FL  33131
>law@stefancoleman.com
>*Attorneys for Plaintiff*
>
>**/s/LUKE P. SBARRA**
>**NC State Bar No. 29429**
>**Hedrick Gardner Kincheloe & Garofalo, Llp**
>**PO Box 30397**
>**Charlotte, NC  28230**
>**PH:     (704) 366-1101**
>**FAX:  (704) 366-6181**
>**lsbarra@hedrickgardner.com**
>*Attorneys for Defendant*
>
>**/s/ERIN A. WALSH**
>**/s/ERIC L. SAMORE**
>**SmithAmundsen LLC**
>**150 N. Michigan Avenue, Suite 3300**
>**Chicago, Illinois 60601**
>**PH:  (312) 894-3200**
>**FAX:  (312) 894-3210**
>**ewalsh@salawus.com**
>**esamore@salawus.com**
>*Attorneys for Defendant*
>*Admitted Pro Hac Vice*