# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:15-CV-003-RLV-DCK

| | |
|---|---|
| SHARON WATSON, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| PARADISE HOME IMPROVEMENT, LLC, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 22) filed by Ted Lewis Johnson, concerning Steven Lezell Woodrow on September 11, 2015. Mr. Steven Lezell Woodrow seeks to appear as counsel *pro hac vice* for Plaintiff Watson and the Class. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 22) is **GRANTED.** Mr. Steven Lezell Woodrow is hereby admitted *pro hac vice* to represent Plaintiff Watson and the Class.

**SO ORDERED**.

Signed: September 14, 2015

David C. Keesler
United States Magistrate Judge