IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:15-CV-003-RLV-DCK

| SHARON WATSON, | ) |  |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| PARADISE HOME IMPROVEMENT, LLC, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Unopposed Motion For Enlargement Of Time" (Document No. 29) filed December 3, 2015. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of Plaintiff's counsel, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Unopposed Motion For Enlargement Of Time" (Document No. 29) is **GRANTED**. Defendant shall have up to and including **December 10, 2015** to respond to "Plaintiff's Motion For Attorneys Fees …" (Document No. 28).

Signed: December 4, 2015

David C. Keesler
United States Magistrate Judge