**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:15-CV-003-RLV-DCK**

| | |
|---|---|
| **SHARON WATSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **ORDER** |
| ) | |
| **PARADISE HOME IMPROVEMENT, LLC,** ) | |
| ) | |
| ) | |
| **Defendant.** ) | |
| ————————————————— ) | |

     **THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. Plaintiff's counsel, Stefan Coleman, filed correspondence to the Honorable Richard Voorhees (Document No. 33) notifying the Court that the parties reached a settlement on January 5, 2016. The Court commends the parties and counsel for their efforts in resolving this matter.

     **IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **January 26, 2016**.

     **IT IS FURTHER ORDERED** that "Plaintiff's Motion For Attorneys Fees Related To Motion To Compel Granted October 7, 2015 (DKT. 27)" (Document No. 28) shall be **DENIED AS MOOT**.

Signed: January 7, 2016

David C. Keesler
United States Magistrate Judge